# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY<br>1200 North 7th Street<br>Harrisburg, Pennsylvania 17102-1444<br><br>    Plaintiff<br><br>    v.<br><br>ELENA M. TILLY<br>4200 20th Street, NE<br>Washington, D.C. 20018-3216<br><br>    Defendant | Civil Action No.: |

## COMPLAINT OF PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY

Comes Now Plaintiff, Pennsylvania Higher Education Assistance Agency (PHEAA) and files this Complaint seeking relief against Elena M. Tilly.

## PARTIES

1. The Plaintiff, PHEAA, is a governmental agency incorporated under the laws of the Commonwealth of Pennsylvania with its usual place of business at 1200 North Seventh Street, Harrisburg, Pennsylvania.

2. The Defendant, Elena M. Tilly, is an individual whose last known address, upon information and belief, is 4200 20th Street, NW, Washington, DC 20018-3216.

## JURISDICTION

3. This court has jurisdiction to hear this Complaint pursuant to 28 U.S.C. § 1331, as a civil action arising under 42 U.S.C. § 292 et seq., governing the administration of Health Education Assistant Loans (HEAL) program.

## BREACH OF AGREEMENT TO REPAY
## HEALTH EDUCATION ASSISTANCE LOANS

4. The Defendant, Elena M. Tilly, executed a Federal Heal Consolidation Loan Application Promissory Note on September 18, 2002, for which $115,101.01 was disbursed on August 11, 2002.  PHEAA is the assignee and holder of the note for all servicing and collection purposes.

5. The Defendant's last payment on the note was on December 15, 2011.

6. As of September 18, 2012, the Defendant is 162 days delinquent in making any payments and is in default under the terms of the note.

7. Pursuant to the terms of the note, in the event of default, the entire unpaid balance plus principal and interest becomes immediately due and payable.

8. Plaintiff PHEAA has made a demand upon the Defendant to cure the default or suit would be filed; despite this demand, Defendant refuses to pay.

9. The Defendant, Elena M. Tilly, owes the Plaintiff, PHEAA principal, interest, and late fees as of September 18, 2012, in the amount of $14,670.90.  Interest on the note continues to accrue at the rate of 2.125% per annum with a daily interest per diem of $0.83.

## RELIEF

WHEREFORE, the Plaintiff prays this Court:

1. Enter judgment in favor of Plaintiff, PHEAA, against defendant, Elena M. Tilly, in the amount of $14,670.90, consisting of principal, interest, and late fees, plus interest on this balance from September 18, 2012, and to the date of judgment computed at a per diem of $0.83;

2. Enter judgment in favor of Plaintiff against Defendant for attorney fees as permitted under the note and by law; and

3. Order post-judgment interest at the applicable post-judgment interest rate; and

4. Enter such other further relief as the Court may deem just and proper.


                                            */s/ William D. Day*
William D. Day
GILL SIPPEL & GALLAGHER
98 Church Street
Rockville, Maryland 20850
(301) 251-9200
(301) 762-6176 Fax

Attorney for
Pennsylvania Higher Education Assistance Agency